## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Natasha R. Pratt <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-18824 SR |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., and index same on the master mailing list.

    Respectfully submitted,

    **/s/Brian C. Nicholas, Esquire**
    Brian C. Nicholas, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322 FAX (215) 627-7734