Certificate Number: 12433-PAE-DE-028624261

Bankruptcy Case Number: 16-18824



12433-PAE-DE-028624261

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 16, 2017, at 3:14 o'clock PM EST, Natasha R. Pratt completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 16, 2017    By:    /s/Laura Gannon

Name: Laura Gannon

Title: Teacher