United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18824-sr
Natasha R Pratt                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2              Date Rcvd: Feb 03, 2017
                              Form ID: 309I           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2017.
```
db             +Natasha R Pratt,    1437 67th Avenue,    Philadelphia, PA 19126-2762
tr             +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
                 Reading, PA 19606-0410
13841918       +AES/Brazosus,    Aes/Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
13841922       +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
13841920       +Aes/natnl Ed,elt Zions,    Po Box 61047,    Harrisburg, PA 17106-1047
13841923       +Bank Of America, N.a,    4909 Savarese Cir,    Tampa, FL 33634-2413
13841924       +Central Financial Control,    Po Box 66044,    Anaheim, CA 92816-6044
13841925       +Commonwealth of PA Municipal Court,    1401 Arch Street,    Philadelphia, PA 19102-1525
13841926       +Commonwealth of Pennsylvania,    Department of Revenue,    1400 Spring Garden St,    Rm 1206,
                 Philadelphia, PA 19130-4414
13841929       +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13841944       +Fed Loan Sevicing,    Po Box 69184,    Harrisburg, PA 17106-9184
13841955       +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
13857296       +PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
13841957       +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
13841960        State of New Jersey Dept. of Labor,    P.O. Box 951,    Trenton, NJ 08625-0951
13841961       +United Bk Of Philadelp,    30 S 15th St,    Philadelphia, PA 19102-4805
13841962       +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: dmo160west@gmail.com Feb 04 2017 03:42:34      DAVID M. OFFEN,    The Curtis Center,
                 601 Walnut Street,    Suite 160 West,    Philadelphia, PA  19106
smg             E-mail/Text: bankruptcy@phila.gov Feb 04 2017 03:44:34      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 04 2017 03:44:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 04 2017 03:43:37      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13847078        EDI: AIS.COM Feb 04 2017 03:13:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
13841927       +E-mail/Text: csd1clientservices@cboflanc.com Feb 04 2017 03:44:40
                 Credit Bureau of Lancater County, Inc,    Po Box 1271,    Lancater, PA 17608-1271
13841928       +E-mail/Text: bknotice@erccollections.com Feb 04 2017 03:43:43      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13841953       +EDI: IRS.COM Feb 04 2017 03:13:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
13841956        EDI: PRA.COM Feb 04 2017 03:13:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13841954       +E-mail/Text: bankruptcygroup@peco-energy.com Feb 04 2017 03:42:42      Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13847715        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 04 2017 03:43:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
13841959       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 04 2017 03:23:12      Regional Acceptance Co,
                 621 W Newport Pike,    Wilmington, DE 19804-3235
13841963        E-mail/Text: james.feighan@phila.gov Feb 04 2017 03:44:54      Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 13
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*           +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    P.O. Box 4010,
                 Reading, PA 19606-0410
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13841919*      +AES/Brazosus,    Aes/Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
13841921*      +Aes/natnl Ed,elt Zions,    Po Box 61047,    Harrisburg, PA 17106-1047
13841930*      +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13841931*      +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13841932*      +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13841933*      +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13841934*      +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13841935*      +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13841936*      +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13841937*      +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13841938*      +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13841939*      +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13841940*      +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13841941*      +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13841942*      +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13841943*      +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13841945*      +Fed Loan Sevicing,    Po Box 69184,    Harrisburg, PA 17106-9184
13841946*      +Fed Loan Sevicing,    Po Box 69184,    Harrisburg, PA 17106-9184
```

```
District/off: 0313-2          User: Lisa                Page 2 of 2                Date Rcvd: Feb 03, 2017
                              Form ID: 309I             Total Noticed: 30


             ***** BYPASSED RECIPIENTS (continued) *****
13841947*       +Fed Loan Sevicing,    Po Box 69184,    Harrisburg, PA 17106-9184
13841948*       +Fed Loan Sevicing,    Po Box 69184,    Harrisburg, PA 17106-9184
13841949*       +Fed Loan Sevicing,    Po Box 69184,    Harrisburg, PA 17106-9184
13841950*       +Fed Loan Sevicing,    Po Box 69184,    Harrisburg, PA 17106-9184
13841951*       +Fed Loan Sevicing,    Po Box 69184,    Harrisburg, PA 17106-9184
13841952*       +Fed Loan Sevicing,    Po Box 69184,    Harrisburg, PA 17106-9184
13841958*       +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
                                                                                              TOTALS: 0, * 27, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Natasha R Pratt dmo160west@gmail.com,
               davidoffenecf@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Natasha R Pratt** | Social Security number or ITIN | xxx–xx–3704 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13 | 12/28/16 |
| Case number: | 16–18824–sr | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                           12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Natasha R Pratt | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1437 67th Avenue<br>Philadelphia, PA 19126 | |
| 4. | **Debtor's attorney**<br>Name and address | DAVID M. OFFEN<br>The Curtis Center<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia, PA 19106 | Contact phone (215) 625–9600<br>Email: dmo160west@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone 610–779–1313<br>Email: ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours: Philadelphia Office ––<br>8:30 A.M. to 5:00 P.M Reading Office<br>–– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br>Date: 2/3/17 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 3, 2017 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/2/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/1/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/26/17** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $450.00 per month for 45 months. The hearing on confirmation will be held on:<br>**4/19/17** at **10:00 AM**, Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |