# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Natasha R. Pratt
                    Debtor

BANK OF AMERICA, N.A.
                    Movant

    vs.

Natasha R. Pratt
                    Debtor

CHAPTER 13

NO. 16-18824 SR

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of BANK OF AMERICA, N.A. to Confirmation of Chapter 13 Plan, which was filed with the Court on or about February 3, 2017 (Doc. No. 12).

                                         Respectfully submitted,

                                         **/s/ Matteo S. Weiner, Esquire**
                                         Matteo S. Weiner, Esquire
                                         Denise E. Carlon, Esquire
                                         Attorneys for Movant
                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA  19106
                                         215-627-1322

August 22, 2017