IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Natasha R. Pratt | : | No. 16-18824-JKF |
| Debtor | | |

ANSWER TO MOTION OF BANK OF AMERICA, N.A.
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted. Payments were missed and Debtor asks for the chance to get caught up.
8. Admitted.
9. Admitted in part, Denied in part. Admitted that was the value at the time of filing. It is believed that the value may have increased, so the averment is denied as to current value.
10. Admitted.
11. Admitted.
12. Denied that cause exists.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 08/16/18