```
              IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                 :      CHAPTER 13

      Natasha R. Pratt                 :      No. 16-18824-JKF
         Debtor
```

CERTIFICATE  OF  SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion to Dismiss was served on August 15 on the Chapter 13 Interim Trustee, William C. Miller, Esquire by electronic mail.

```
                              /s/ David M. Offen
                              David M. Offen Esq.
                              Attorney for Debtor
                              601 Walnut Street
                              Suite 160 West
                              Philadelphia, PA 19106
                              215-625-9600
```

8/16/18