Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-18824-AMC

NATASHA R PRATT
1437 67TH AVENUE
PHILADELPHIA  PA    19126

Petition Filed Date: 12/28/2016
341 Hearing Date: 03/03/2017
Confirmation Date: 08/23/2017

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $670.00 | | 02/01/2019 | $670.00 | | 03/18/2019 | $670.00 | |
| 04/15/2019 | $670.00 | | 06/06/2019 | $1,370.00 | | 07/11/2019 | $670.00 | |
| 09/13/2019 | $1,340.00 | | 10/11/2019 | $670.00 | 6247884000 | 11/25/2019 | $670.00 | 6351328000 |
| 01/13/2020 | $670.00 | 6474728000 | 02/14/2020 | $670.00 | 6561428000 | 03/13/2020 | $670.00 | 6638282000 |
| 04/24/2020 | $670.00 | 6736384000 | 06/01/2020 | $670.00 | 6831920000 | 07/21/2020 | $670.00 | 6954420000 |

**Total Receipts for the Period: $11,420.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $23,520.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1  »» 001 | AMERICAN INFOSOURCE LP | Unsecured Creditors | $1,622.86 | $0.00 | $1,622.86 |
| 8  »» 008 | ASHLEY FUNDING SVCS LLC | Unsecured Creditors | $340.87 | $0.00 | $340.87 |
| 9  »» 009 | ASHLEY FUNDING SVCS LLC | Unsecured Creditors | $8.00 | $0.00 | $8.00 |
| 3  »» 003 | EDUCATIONAL CREDIT MGMT CORP | Unsecured Creditors | $8,856.23 | $0.00 | $8,856.23 |
| 4  »» 004 | EDUCATIONAL CREDIT MGMT CORP | Unsecured Creditors | $3,671.70 | $0.00 | $3,671.70 |
| 11  »» 011 | FEDERAL LOAN SERVICING | Unsecured Creditors | $119,073.42 | $0.00 | $119,073.42 |
| 6  »» 006 | UNITED STATES TREASURY (IRS) | Priority Crediors | $6,371.99 | $6,371.99 | $0.00 |
| 2  »» 02P | PA DEPARTMENT OF REVENUE | Priority Crediors | $1,077.99 | $1,077.99 | $0.00 |
| 2  »» 02U | PA DEPARTMENT OF REVENUE | Unsecured Creditors | $71.24 | $0.00 | $71.24 |
| 12  »» 012 | CITY OF PHILADELPHIA (LD) | Secured Creditors | $3,286.86 | $1,400.90 | $1,885.96 |
| 10  »» 010 | CITY OF PHILADELPHIA (LD) | Secured Creditors | $4,965.45 | $2,116.34 | $2,849.11 |
| 5  »» 005 | REGIONAL ACCEPTANCE CORP | Secured Creditors | $10,675.62 | $4,550.15 | $6,125.47 |
| 7  »» 007 | NEWREZ LLC  D/B/A | Mortgage Arrears | $3,172.15 | $1,352.00 | $1,820.15 |
| 13  »» 013 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 16-18824-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,520.00 | Current Monthly Payment: | $670.00 |
| Paid to Claims: | $20,869.37 | Arrearages: | $2,650.00 |
| Paid to Trustee: | $2,047.62 | Total Plan Base: | $37,560.00 |
| Funds on Hand: | $603.01 | | |

## <u>NOTES:</u>

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.