# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>**Natasha R. Pratt**<br>  Debtor | CHAPTER 13<br><br>CASE NO.: 16-18824-amc<br><br>HEARING DATE: August 26, 2020<br><br>HEARING TIME: 11:00 A.M. |

## ORDER APPROVING LOAN MODIFICATION

AND NOW, this _____ day of _____, 2020, upon the Motion of U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST XIV("Movant") for approval of the Loan Modification offered, it is

ORDERED THAT: the offered Loan Modification is approved regarding the Mortgaged Premises located at 1437 67th Ave, Philadelphia PA 19126 (the "Mortgaged Premises");

ORDERED THAT: The loan modification approved by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

**Date: August 26, 2020**

_____
**Ashely M. Chan, USBJ**

{Y0602217; 1}