```
                    United States Bankruptcy Court
                    Eastern District of Pennsylvania
```

In re:                                                            Case No. 16-18824-amc
Natasha R Pratt                                                   Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Aug 26, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db             +Natasha R Pratt,    1437 67th Avenue,    Philadelphia, PA 19126-2762

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2020 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Natasha R Pratt dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JILL MARIE FEIN    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST XIV jfein@hillwallack.com,
               skenny@hillwallack.com;lharkins@hillwallack.com
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              MICHAEL J. SHAVEL    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST XIV mshavel@hillwallack.com,
               skenny@hillwallack.com;lharkins@hillwallack.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br><br>**Natasha R. Pratt**<br>　Debtor | CHAPTER 13<br><br>CASE NO.: 16-18824-amc<br><br>HEARING DATE: August 26, 2020<br><br>HEARING TIME: 11:00 A.M. |

**ORDER APPROVING LOAN MODIFICATION**

　　　　AND NOW, this _____ day of _____, 2020, upon the Motion of U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST XIV ("Movant") for approval of the Loan Modification offered, it is

　　　　ORDERED THAT: the offered Loan Modification is approved regarding the Mortgaged Premises located at 1437 67th Ave, Philadelphia PA 19126 (the "Mortgaged Premises");

　ORDERED THAT: The loan modification approved by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

**Date: August 26, 2020**

_____
　**Ashely M. Chan, USBJ**

{Y0602217; 1}