**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:  Natasha R. Pratt          ) | Chapter 13 |
|              Debtor                        ) | |
|                                                    ) | No. 16-18824-AMC |
|                                                    ) | |
|                                                    ) | |

**CERTIFICATION OF NO RESPONSE**

I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Modify and respectfully requests that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor(s)

Date: 9/16/20