```
            IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

   IN RE:                    :    CHAPTER 13
                             :
   Natasha R. Pratt          :
        Debtor               :    No. 16-18824-AMC
```

O R D E R

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $23,520.00 has been paid to the Trustee over 44 months and the Debtor shall pay $795.00 per month for the remaining 16 months for a total base amount of $36,240.00 and the Modified Plan docketed hereto as an Exhibit shall be the new plan.

**Date: October 1, 2020**

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE