United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                 Case No. 16-18824-amc

Natasha R Pratt                                                        Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: ChrissyW | Page 1 of 2 |
| Date Rcvd: Oct 01, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Natasha R Pratt, 1437 67th Avenue, Philadelphia, PA 19126-2762 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2020          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Natasha R Pratt dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| JILL MARIE FEIN | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST XIV jfein@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com |
| JILL MARIE FEIN | |

District/off: 0313-2                                 User: ChrissyW                                  Page 2 of 2
Date Rcvd: Oct 01, 2020                             Form ID: pdf900                              Total Noticed: 1

on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee of the New Residential
Mortgage Loan Trust 2020-NPL1 jfein@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com

KEVIN G. MCDONALD

on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER

on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

MICHAEL J. SHAVEL

on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ
PASS-THROUGH TRUST XIV mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com

POLLY A. LANGDON

on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    :      CHAPTER 13
                          :
Natasha R. Pratt         :
     Debtor               :      No. 16-18824-AMC

O R D E R

AND NOW, this_____ day of _____, 2020,
upon consideration of the Motion to Modify Plan After
Confirmation, it is hereby ORDERED, that the debtor's confirmed
plan is modified to reflect that $23,520.00 has been paid to the
Trustee over 44 months and the Debtor shall pay $795.00 per month
for the remaining 16 months for a total base amount of $36,240.00
and the Modified Plan docketed hereto as an Exhibit shall be the
new plan.

**Date: October 1, 2020**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE