| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 16-18824-AMC

NATASHA R PRATT
1437 67TH AVENUE
PHILADELPHIA  PA    19126

Petition Filed Date: 12/28/2016
341 Hearing Date: 03/03/2017
Confirmation Date: 08/23/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $670.00 | 6474728000 | 02/14/2020 | $670.00 | 6561428000 | 03/13/2020 | $670.00 | 6638282000 |
| 04/24/2020 | $670.00 | 6736384000 | 06/01/2020 | $670.00 | 6831920000 | 07/21/2020 | $670.00 | 6954420000 |
| 09/14/2020 | $1,340.00 | 7083808000 | 11/09/2020 | $795.00 | 7219778000 | 12/21/2020 | $1,045.00 | 7320459000 |
| 03/01/2021 | $795.00 | 7481082000 | 03/26/2021 | $795.00 | 7552435000 | 04/23/2021 | $795.00 | 7618737000 |
| 06/07/2021 | $795.00 | 7726412000 | | | | | | |

**Total Receipts for the Period: $10,380.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $29,880.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $1,622.86 | $0.00 | $1,622.86 |
| 8 | ASHLEY FUNDING SVCS LLC<br>»» 008 | Unsecured Creditors | $340.87 | $0.00 | $340.87 |
| 9 | ASHLEY FUNDING SVCS LLC<br>»» 009 | Unsecured Creditors | $8.00 | $0.00 | $8.00 |
| 3 | EDUCATIONAL CREDIT MGMT CORP<br>»» 003 | Unsecured Creditors | $8,856.23 | $0.00 | $8,856.23 |
| 4 | EDUCATIONAL CREDIT MGMT CORP<br>»» 004 | Unsecured Creditors | $3,671.70 | $0.00 | $3,671.70 |
| 11 | FEDERAL LOAN SERVICING<br>»» 011 | Unsecured Creditors | $119,073.42 | $0.00 | $119,073.42 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 006 | Priority Crediors | $6,371.99 | $6,371.99 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $1,077.99 | $1,077.99 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $71.24 | $0.00 | $71.24 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 012 | Secured Creditors | $3,286.86 | $2,295.50 | $991.36 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 010 | Secured Creditors | $4,965.45 | $3,467.82 | $1,497.63 |
| 5 | REGIONAL ACCEPTANCE CORP<br>»» 005 | Secured Creditors | $10,675.62 | $7,455.78 | $3,219.84 |
| 7 | NEWREZ LLC  D/B/A<br>»» 007 | Mortgage Arrears | $1,438.55 | $1,438.55 | $0.00 |
| 13 | DAVID M OFFEN ESQUIRE<br>»» 013 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $500.00 | $0.00 | $500.00 |

**Chapter 13 Case No. 16-18824-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,880.00 | Current Monthly Payment: | $795.00 |
| Paid to Claims: | $26,107.63 | Arrearages: | $795.00 |
| Paid to Trustee: | $2,556.87 | Total Plan Base: | $36,240.00 |
| Funds on Hand: | $1,215.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.