**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | ) | |
| NATASHA R. PRATT | ) | CASE NO.: 2:16-bk-18824-amc |
| | ) | CHAPTER 13 |
| DEBTOR | ) | JUDGE ASHLEY M. CHAN |
| | ) | |
| MCLP ASSET COMPANY, INC. | ) | |
| | ) | |
| MOVANT | ) | |
| | ) | |
| NATASHA R. PRATT, DEBTOR, AND | ) | |
| SCOTT F. WATERMAN, TRUSTEE | ) | |
| | ) | |
| RESPONDENTS | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of MCLP Asset Company, Inc. and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 8th day of March 2022

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 8th day of March 2022.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## SERVICE LIST (CASE NO. 2:16-bk-18824-amc)

*DEBTOR*
NATASHA R PRATT
1437 67TH AVENUE
PHILADELPHIA, PA 19126

*ATTORNEYS FOR DEBTOR*
DAVID M. OFFEN
THE CURTIS CENTER
601 WALNUT STREET
SUITE 160 WEST
PHILADELPHIA, PA 19106
DMO160WEST@GMAIL.COM

*TRUSTEE*
SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606
ECFMAIL@READINGCH13.COM

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106
USTPREGION03.PH.ECF@USDOJ.GOV