**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE: ) | |
| NATASHA R. PRATT ) | CASE NO.: 2:16-bk-18824-amc |
| ) | **CHAPTER 13** |
| DEBTOR ) | JUDGE ASHLEY M. CHAN |
| ) | |
| MCLP ASSET COMPANY, INC. ) | |
| ) | |
| MOVANT ) | |
| ) | |
| NATASHA R. PRATT, DEBTOR, AND ) | |
| SCOTT F. WATERMAN, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

MTGLQ Investors, L.P. has filed a Motion to Approve Loan Modification with the Court.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the approval sought in the motion, then on or before **March 22, 2022** you or your attorney must do <u>all</u> of the following:
        (a)    File an answer explaining your position at:
            UNITED STATES BANKRUPTCY COURT
            Robert N.C. Nix Building
            900 Market Street, Suite 400
            Philadelphia, PA 191007-4299

If you mail your answer to the bankruptcy clerk's office for filing, you much mail it early enough so that it will be received on or before the date stated above; and
        (b)    mail a copy to the movant's attorney:
            Joshua I. Goldman
            Padgett Law Group
            6267 Old Water Oak Road, Suite 203
            Tallahassee, FL 32312

    2.    If you or your attorney do not take steps described in paragraph 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the approval requested in the motion.

3. A hearing on the motion is scheduled to be heard before the Honorable Ashley M. Chan, the United States Bankruptcy Judge in Courtroom 4 at the UNITED STATES BANKRUPTCY COURT. Robert N.C. Nix Building, 900 Market Street, Suite 400 Philadelphia, PA on **April 6, 2022 at 11:00 a.m.**, or as soon thereafter as counsel can be heard, to consider the motion.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

/s/ Joshua I. Goldman

JOSHUA I. GOLDMAN, ESQ.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*

March 8, 2022