UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :
NATASHA R. PRATT                    :         Chapter 13
                                    :
            Debtor                  :         Case No. 16-18824-AMC
                                    :

## PRAECIPE

Please withdraw the Trustee's Motion for Alternative Disbursement filed on or about March 7, 2022 at docket entry number 75 in the above referenced case.

                                          Respectfully submitted,


Date:  March 23, 2022                     */s/Ann E. Swartz*
                                          Ann E. Swartz
                                          Attorney for
                                          Scott F. Waterman, Esq.
                                          Standing Chapter 13 Trustee