United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-18824-amc |
| Natasha R Pratt | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 30, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Natasha R Pratt, 1437 67th Avenue, Philadelphia, PA 19126-2762 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:

**Name**    **Email Address**

ANN E. SWARTZ
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com ecfmail@ecf.courtdrive.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DAVID M. OFFEN
    on behalf of Debtor Natasha R Pratt dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

JILL MARIE FEIN
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee of the New Residential Mortgage Loan Trust 2020-NPL1 jfein@hillwallack.com, lharkins@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

JILL MARIE FEIN

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 30, 2022 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST XIV jfein@hillwallack.com, lharkins@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

JOSHUA I. GOLDMAN
on behalf of Creditor MCLP Asset Company  Inc. Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KEVIN G. MCDONALD
on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

MICHAEL J. SHAVEL
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST XIV mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

POLLY A. LANGDON
on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Natasha R Pratt | : | NO. 16-18824-AMC |
| Debtor | : | |

### ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Supplemental Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $500.00 is allowed and shall be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the Modified Plan.

**Date: March 30, 2022**

_____                _____
**DATED**                                               HONORABLE ASHELY M. CHAN
                                                        UNITED STATES BANKRUPTCY JUDGE