## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| | |
|---|---|
| IN RE: ) | |
| NATASHA R. PRATT ) | CASE NO.: 2:16-bk-18824-amc |
| ) | CHAPTER 13 |
| DEBTOR ) | JUDGE ASHELY M. CHAN |
| ) | |
| MCLP ASSET COMPANY, INC. ) | |
| ) | |
| MOVANT ) | |
| ) | |
| NATASHA R. PRATT, DEBTOR, AND ) | |
| SCOTT F. WATERMAN, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

## ORDER APPROVING MOTION TO APPROVE LOAN MODIFICATION

AND NOW, this ___ day of _____, 2022 at Philadelphia, upon consideration

of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on March 3,

2022 does not violate the automatic stay, section 632(a), nor the provisions of 11 U.S.C. § 549.

**Date: April 7, 2022**

_____
United States Bankruptcy Judge