United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-18824-amc |
| Natasha R Pratt | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 07, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

**Recip ID        Recipient Name and Address**
db            +  Natasha R Pratt, 1437 67th Avenue, Philadelphia, PA 19126-2762

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2022                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:

**Name**                              **Email Address**

ANN E. SWARTZ
                        on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com ecfmail@ecf.courtdrive.com

BRIAN CRAIG NICHOLAS
                        on behalf of Creditor BANK OF AMERICA   N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DAVID M. OFFEN
                        on behalf of Debtor Natasha R Pratt dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
                        on behalf of Creditor BANK OF AMERICA   N.A. bkgroup@kmllawgroup.com

JILL MARIE FEIN
                        on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee of the New Residential Mortgage Loan Trust 2020-NPL1 jfein@hillwallack.com, lharkins@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

JILL MARIE FEIN
                        on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 07, 2022 | Form ID: pdf900 | Total Noticed: 1 |

PASS-THROUGH TRUST XIV jfein@hillwallack.com, lharkins@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

JOSHUA I. GOLDMAN
    on behalf of Creditor MCLP Asset Company Inc. Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

MICHAEL J. SHAVEL
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST XIV mshavel@hillwallack.com,
    ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | ) | |
| NATASHA R. PRATT | ) | CASE NO.: 2:16-bk-18824-amc |
| | ) | CHAPTER 13 |
| DEBTOR | ) | JUDGE ASHELY M. CHAN |
| | ) | |
| MCLP ASSET COMPANY, INC. | ) | |
| | ) | |
| MOVANT | ) | |
| | ) | |
| NATASHA R. PRATT, DEBTOR, AND | ) | |
| SCOTT F. WATERMAN, TRUSTEE | ) | |
| | ) | |
| RESPONDENTS | ) | |

### ORDER APPROVING MOTION TO APPROVE LOAN MODIFICATION

AND NOW, this ___ day of _____, 2022 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on <u>March 3, 2022</u> does not violate the automatic stay, section 632(a), nor the provisions of 11 U.S.C. § 549.

**Date: April 7, 2022**

_____
United States Bankruptcy Judge