United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 16-18824-amc
Natasha R Pratt Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Apr 26, 2022     Form ID: 138OBJ     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natasha R Pratt, 1437 67th Avenue, Philadelphia, PA 19126-2762 |
| 13841918 | + | AES/Brazosus, Aes/Ddb, Po Box 8183, Harrisburg, PA 17105-8183 |
| 13841922 | + | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 13841923 | + | Bank Of America, N.a, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 13888269 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 13841924 | + | Central Financial Control, Po Box 66044, Anaheim, CA 92816-6044 |
| 13841925 | + | Commonwealth of PA Municipal Court, 1401 Arch Street, Philadelphia, PA 19102-1525 |
| 13841926 | + | Commonwealth of Pennsylvania, Department of Revenue, 1400 Spring Garden St, Rm 1206, Philadelphia, PA 19130-4414 |
| 14674770 | + | MCLP Asset Company, Inc., c/o Joshua I. Goldman, Esq, Padgett Law Group, 6267 Old Water Oak Road, Suite 203 Tallahassee, FL 32312-3858 |
| 14674760 | + | MCLP Asset Company, Inc., c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 13841955 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 13841957 | + | Quality Asset Recovery, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 13841960 | | State of New Jersey Dept. of Labor, P.O. Box 951, Trenton, NJ 08625-0951 |
| 14540012 | + | U.S. Bank National Association, not in its individ, c/o Jill M. Fein, Esquire, Hill Wallack LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |
| 13841961 | + | United Bk Of Philadelp, 30 S 15th St, Philadelphia, PA 19102-4805 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 27 2022 00:05:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 27 2022 00:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13841920 | + | Email/Text: bncnotifications@pheaa.org | Apr 27 2022 00:05:00 | Aes/natnl Ed,elt Zions, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13847078 | | Email/PDF: ebn_ais@aisinfo.com | Apr 27 2022 00:13:11 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13912749 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2022 00:13:24 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13903332 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2022 00:13:10 | Ashley Funding Services, LLC its successors and, assigns as assignee of Syndicated, Office Systems, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13841923 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 27 2022 00:04:00 | Bank Of America, N.a, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 13888269 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 27 2022 00:04:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |

Case 16-18824-amc    Doc 93    Filed 04/28/22    Entered 04/29/22 00:33:41    Desc Imaged
                    Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2022 | Form ID: 138OBJ | Total Noticed: 38 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13923169 | + | Email/Text: megan.harper@phila.gov | Apr 27 2022 00:05:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13841927 | + | Email/Text: csd1clientservices@cboflanc.com | Apr 27 2022 00:05:00 | Credit Bureau of Lancater County, Inc, Po Box 1271, Lancater, PA 17608-1271 |
| 14025674 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 27 2022 00:05:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13841928 | + | Email/Text: bknotice@ercbpo.com | Apr 27 2022 00:05:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13841929 | + | Email/Text: bncnotifications@pheaa.org | Apr 27 2022 00:05:00 | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13841944 | + | Email/Text: bncnotifications@pheaa.org | Apr 27 2022 00:05:00 | Fed Loan Sevicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 13841953 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 27 2022 00:05:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14674760 | + | Email/Text: bkecf@padgettlawgroup.com | Apr 27 2022 00:05:00 | MCLP Asset Company, Inc., c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 13857296 | + | Email/Text: bncnotifications@pheaa.org | Apr 27 2022 00:05:00 | PHEAA, PO BOX 8147, HARRISBURG, PA 17105-8147 |
| 13841956 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2022 00:13:23 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 13841954 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 27 2022 00:05:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13847715 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2022 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 13841959 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 27 2022 00:13:18 | Regional Acceptance Co, 621 W Newport Pike, Wilmington, DE 19804-3235 |
| 13863611 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 27 2022 00:13:18 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14341883 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 27 2022 00:05:00 | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13931509 | | Email/Text: bncnotifications@pheaa.org | Apr 27 2022 00:05:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 13841962 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2022 00:13:24 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 13841963 | | Email/Text: megan.harper@phila.gov | Apr 27 2022 00:05:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13841919 | *+ | AES/Brazosus, Aes/Ddb, Po Box 8183, Harrisburg, PA 17105-8183 |
| 13841921 | *+ | Aes/natnl Ed,elt Zions, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13841930 | *+ | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13841931 | *+ | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |

Case 16-18824-amc    Doc 93    Filed 04/28/22    Entered 04/29/22 00:33:41    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2022 | Form ID: 138OBJ | Total Noticed: 38 |

| | | |
|---|---|---|
| 13841932 | *+ | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13841933 | *+ | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13841934 | *+ | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13841935 | *+ | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13841936 | *+ | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13841937 | *+ | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13841938 | *+ | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13841939 | *+ | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13841940 | *+ | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13841941 | *+ | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13841942 | *+ | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13841943 | *+ | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13841945 | *+ | Fed Loan Sevicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 13841946 | *+ | Fed Loan Sevicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 13841947 | *+ | Fed Loan Sevicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 13841948 | *+ | Fed Loan Sevicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 13841949 | *+ | Fed Loan Sevicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 13841950 | *+ | Fed Loan Sevicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 13841951 | *+ | Fed Loan Sevicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 13841952 | *+ | Fed Loan Sevicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 13841958 | *+ | Quality Asset Recovery, Po Box 239, Gibbsboro, NJ 08026-0239 |

TOTAL: 0 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2022          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:**

**Name**          **Email Address**

ANN E. SWARTZ
              on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com ecfmail@ecf.courtdrive.com

BRIAN CRAIG NICHOLAS
              on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DAVID M. OFFEN
              on behalf of Debtor Natasha R Pratt dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
              on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

JILL MARIE FEIN
              on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST XIV jfein@hillwallack.com, lharkins@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

JILL MARIE FEIN
              on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee of the New Residential Mortgage Loan Trust 2020-NPL1 jfein@hillwallack.com, lharkins@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

JOSHUA I. GOLDMAN
              on behalf of Creditor MCLP Asset Company  Inc. Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KEVIN G. MCDONALD

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2022 | Form ID: 138OBJ | Total Noticed: 38 |

    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

MICHAEL J. SHAVEL
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST XIV mshavel@hillwallack.com,
    ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Natasha R Pratt
    Debtor(s)

Case No: 16−18824−amc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/26/22

91 − 90
Form 138OBJ