Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | NATASHA R PRATT |
| Debtor 2 | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania, Philadelphia Division  District of  PA  (State) |
| Case Number | 1618824 |

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:**  
U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST XIV

**Court claim no. (if known):** 7-1

**Date of payment change:** 09/01/2019  
Must be at least 21 days after date of this notice

**Last four digits** of any number you use to identify the debtor's account: **6236**

**New total payment:** $ **870.69**  
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No  
☑ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ **333.03**     **New escrow payment:** $ **328.08**

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No  
☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:**                **New interest rate:**  
**Current principal and interest payment:**    **New principal and interest payment:**

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No  
☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:**        **New mortgage payment:**

Official Form 410S1          **Notice of Mortgage Payment Change**          page  1

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor

☑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Angie Aldaco                                           Date   07/17/2019
Signature

| | | | |
|---|---|---|---|
| **Print** | Angie Aldaco | Title | Bankruptcy Case Manager |
| Company | NewRez LLC DBA Shellpoint Mortgage Serv | | |
| Address | PO Box 10826 | | |
| | Greenville | SC | 29603-0826 |
| Contact phone | (800) 365-7107 | Email | mtgbk@shellpointmtg.com |



Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

NATASHA R PRATT
1437 67th Ave
Philadelphia PA  19126

Analysis Date: July 08, 2019
Loan:
Property Address:
1437 67TH AVE
PHILADELPHIA, PA  19126

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Sep 01, 2019 | Prior Esc Pmt | February 01, 2019 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $542.61 | $542.61 | P & I Pmt: | $542.61 | Due Date: | March 01, 2019 |
| Escrow Pmt: | $333.03 | $328.08 | Escrow Pmt: | $333.03 | Escrow Balance: | -$937.54 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $1,998.18 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment: | $875.64 | $870.69 | Total Payment: | $875.64 | Anticipated Escrow Balance: | $1,060.64 |

| Shortage/Overage Information | Effective Sep 01, 2019 |
|---|---|
| Upcoming Total Annual Bills | $3,936.98 |
| Required Cushion | $656.16 |
| Required Starting Balance | $2,624.66 |
| Escrow Shortage | -$1,564.02 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 656.16. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 656.16 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from July 2019 to Aug 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | (937.54) |
| | | | | | Anticipated Transactions | 0.00 | (937.54) |
| Jul 2019 | | 1,665.15ᴾ | | | | | 727.61 |
| Aug 2019 | | 333.03ᴾ | | | | | 1,060.64 |
| | $0.00 | $1,998.18 | $0.00 | $0.00 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Final

Analysis Date: July 08, 2019
Loan:

### Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 1,060.64 | 2,624.66 |
| Sep 2019 | 328.08 | | | 1,388.72 | 2,952.74 |
| Oct 2019 | 328.08 | | | 1,716.80 | 3,280.82 |
| Nov 2019 | 328.08 | | | 2,044.88 | 3,608.90 |
| Dec 2019 | 328.08 | | | 2,372.96 | 3,936.98 |
| Jan 2020 | 328.08 | 2,159.00 | Hazard | 542.04 | 2,106.06 |
| Feb 2020 | 328.08 | 1,777.98 | City Tax | (907.86) | 656.16 |
| Mar 2020 | 328.08 | | | (579.78) | 984.24 |
| Apr 2020 | 328.08 | | | (251.70) | 1,312.32 |
| May 2020 | 328.08 | | | 76.38 | 1,640.40 |
| Jun 2020 | 328.08 | | | 404.46 | 1,968.48 |
| Jul 2020 | 328.08 | | | 732.54 | 2,296.56 |
| Aug 2020 | 328.08 | | | 1,060.62 | 2,624.64 |
| | $3,936.96 | $3,936.98 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,060.64.  Your starting
balance (escrow balance required) according to this analysis should be $2,624.66.  This means you have a shortage of 1,564.02.
This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's
deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to do nothing.
We anticipate the total of your coming year bills to be 3,936.98.  We divide that amount by the number of payments expected during the coming year to
obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $328.08 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $328.08 |

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS
NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

---

 Detach Here



Shellpoint Mortgage Servicing
PO Box 10826

Greenville, SC  29603 0826
(800) 365-7107

Shellpoint Mortgage Servicing
P.O. Box 740039
Cincinnati, OH 45274-0039

**Escrow Shortage Reply (This is not a bill)**

Loan Number:
Full Shortage Amount:                $1,564.02
Payment Amount:          $ _____

Your escrow shortage has been spread over  0 months, resulting in
an additional increase in your monthly payment in the amount of
0.00.

IF YOU CHOOSE to pay your shortage in full, please visit
www.ShellpointMtg.com in order to expedite your payment. You
can also mail this coupon with your remittance of the full
shortage amount to the address to the left

| | |
|---|---|
| NewRez LLC DBA Shellpoint Mortgage Servicing<br>PO Box 10826<br><br>Greenville, SC  29603-0826 | Phone Number:  (800) 365-7107<br>Fax:  (866) 467-1137<br><br>Email:  mtgbk@shellpointmtg.com |

RE: Debtor 1    NATASHA R PRATT
    Debtor 2

Case No:    1618824

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day,  7/17/2019.

Eastern District of Pennsylvania, Philadelphia Division
900 Market Street, Ste. 400
The Robert Nixf Bldg.
Philadelphia, PA  19107


Scott Waterman
Chapter 13 Trustee
2901 Saint Lawrence Ave.
Ste. 100
Reading, PA  19606-2265

David M Offen
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA  19106-

NATASHA R PRATT

1437 67th Ave
Philadelphia PA  19126


/s/ Angie Aldaco