| Fill in this information to identify the case: | |
|---|---|
| **Debtor 1** | Natasha R Pratt |
| **Debtor 2**<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the : <u>Eastern</u> | **District of** <u>Pennsylvania</u><br>(State) |
| **Case number** | 16-18824-amc |

## Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>Citibank, N.A., not in its individual capacity, but solely as owner trustee of the New Residential Mortgage Loan Trust 2020-NP L1**</u>

**Court claim no.** (if known): <u>7</u>

**Last four digits** of any number you use to identify the debtor's account: <u>XXXXXX6236</u>

**Date of payment change:**
Must be at least 21 days after date of this notice    <u>9/1/2020</u>

**New total payment:**
Principal, interest, and escrow, if any    <u>$842.21</u>

---

**Part 1:**    **Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   _____

   Current escrow payment:   $ 328.08      New escrow payment :   $ 299.60

**Part 2:**    **Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:      %      New interest rate:      %

   Current principal and interest payment:   $ _____      New principal and interest payment:   $ _____

**Part 3:**    **Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:   $ _____      New mortgage payment:   $ _____

Debtor 1     __**Natasha R Pratt**_____     Case number *(if known)* 16-18824-amc
      First Name    Middle Name    Last Name

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X    */s/Melissa  Licker*_____     Date     7/31/2020_____
    Signature

Print:     Melissa_____Licker_____     Title     Authorized Agent for Creditor_____
       First Name     Middle Name     Last Name

Company     McCalla Raymer Leibert Pierce, LLC_____

Address     1544 Old Alabama Road_____
      Number    Street

       Roswell_____GA_____30076_____
      City      State      ZIP Code

Contact phone    732-902-5384_____     Email    Melissa.Licker@mccalla.com_____

**Please note Creditor is in the process of filing a Transfer of Claim to reflect Creditor as the Transferee of this Claim. However, this Notice of Mortgage Payment Change is being filed to ensure Creditor's compliance with Fed. R. Bankr. P. 3002.1.

|  |  |
|---|---|
|  | Bankruptcy Case No.: 16-18824-amc |
| In Re: | Chapter:                    13 |
| Natasha R Pratt | Judge:               Ashely M. Chan |

## CERTIFICATE OF SERVICE

I, Melissa  Licker, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Natasha R Pratt
1437 67th Avenue
Philadelphia, PA 19126

DAVID M. OFFEN                          *(served via ECF Notification)*
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

SCOTT F. WATERMAN (Chapter 13)    *(served via ECF Notification)*
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee                     *(served via ECF Notification)*
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    8/3/2020           By:    /s/Melissa  Licker
                (date)                    Melissa  Licker
                                          Authorized Agent for Creditor

# Shellpoint
## Mortgage Servicing

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

| | |
|---|---|
| Analysis Date: | June 30, 2020 |
| Loan: | ███████ |
| Property Address: | |
| | 1437 67TH AVE |
| | PHILADELPHIA, PA  19126 |

NATASHA R PRATT
1437 67th Ave
Philadelphia PA  19126

### Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains  the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Sep 01, 2020 |
|---|---|---|
| P & I Pmt: | $542.61 | $542.61 |
| Escrow Pmt: | $328.08 | $299.60 |
| Other Funds Pmt: | $0 00 | $0 00 |
| Asst. Pmt (-): | $0 00 | $0 00 |
| Reserve Acct Pmt: | $0 00 | $0 00 |
| Total Payment: | $870.69 | $842 21 |

| Prior Esc Pmt | September 01, 2019 |
|---|---|
| P & I Pmt: | $542.61 |
| Escrow Pmt: | $328 08 |
| Other Funds Pmt: | $0 00 |
| Asst. Pmt (-): | $0 00 |
| Resrv Acct Pmt: | $0 00 |
| Total Payment: | $870.69 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | January 01, 2020 |
| Escrow Balance: | $164.66 |
| Anticipated Pmts to Escrow: | $2,624.64 |
| Anticipated Pmts from Escrow (-): | $0 00 |
| Anticipated Escrow Balance: | $2,789 30 |

| Shortage/Overage Information | Effective Sep 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $3,595.14 |
| Required Cushion | $599.19 |
| Required Starting Balance | $2,396.73 |
| Escrow Shortage | $0.00 |
| Surplus | $392.57 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 599.19. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 599.19 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Sept 2019 to Aug 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 2,624.66 | (340 98) |
| Sep 2019 | 328.08 | 328.08 | | | | | 2,952.74 | (12 90) |
| Oct 2019 | 328.08 | 333.03 | | | * | | 3,280 82 | 320.13 |
| Nov 2019 | 328.08 | | | | * | | 3,608 90 | 320.13 |
| Dec 2019 | 328.08 | 666.06 | | | * | | 3,936 98 | 986.19 |
| Dec 2019 | | | | 1,892 00 | * | Hazard | 3,936 98 | (905 81) |
| Jan 2020 | 328.08 | 293.82 | 2,159.00 | | * | Hazard | 2,106 06 | (611 99) |
| Jan 2020 | | 34.26 | | | * | Escrow Only Payment | 2,106 06 | (577.73) |
| Feb 2020 | 328.08 | 656.16 | 1,777.98 | 1,703.14 | * | City Tax | 656.16 | (1,624.71) |
| Mar 2020 | 328.08 | | | | * | | 984 24 | (1,624.71) |
| Apr 2020 | 328.08 | 328.08 | | | | | 1,312 32 | (1,296.63) |
| May 2020 | 328.08 | | | | * | | 1,640.40 | (1,296.63) |
| Jun 2020 | 328.08 | 328.08 | | | | | 1,968.48 | (968 55) |
| Jul 2020 | 328.08 | | | | * | | 2,296 56 | (968 55) |
| Aug 2020 | 328.08 | | | | * | | 2,624.64 | (968 55) |
| | | | | | | Anticipated Transactions | 2,624.64 | (968 55) |
| Aug 2020 | | 2,624.64ᴾ | | | | | | 1,656.09 |
| | $3,936.96 | $5,592.21 | $3,936.98 | $3,595.14 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Final

| | |
|---|---|
| Analysis Date: | June 30, 2020 |
| Loan: | ███████ |

### Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 2,789 30 | 2,396.73 |
| Sep 2020 | 299.60 | | | 3,088 90 | 2,696.33 |
| Oct 2020 | 299.60 | | | 3,388 50 | 2,995.93 |
| Nov 2020 | 299.60 | | | 3,688.10 | 3,295.53 |
| Dec 2020 | 299.60 | | | 3,987.70 | 3,595.13 |
| Jan 2021 | 299.60 | 1,892 00 | Hazard | 2,395 30 | 2,002.73 |
| Feb 2021 | 299.60 | 1,703.14 | City Tax | 991.76 | 599.19 |
| Mar 2021 | 299.60 | | | 1,291 36 | 898.79 |
| Apr 2021 | 299.60 | | | 1,590 96 | 1,198.39 |
| May 2021 | 299.60 | | | 1,890 56 | 1,497.99 |
| Jun 2021 | 299.60 | | | 2,190.16 | 1,797.59 |
| Jul 2021 | 299.60 | | | 2,489.76 | 2,097.19 |
| Aug 2021 | 299.60 | | | 2,789 36 | 2,396.79 |
| | $3,595.20 | $3,595.14 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is 2,789.30.  Your starting
balance (escrow balance required) according to this analysis should be $2,396.73.

We anticipate the total of your coming year bills to be 3,595.14.  We divide that amount by the number of payments expected during the coming year to
obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $299.60 |
| Surplus Reduction: | $0 00 |
| Shortage Installment: | $0 00 |
| Rounding Adjustment Amount: | $0 00 |
| Escrow Payment: | $299.60 |

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS
NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.